pellant. John J. Lordan, of New York City, for respondents.

PER CURIAM. The order appealed from should be modified, by requiring the defendants, as a condition of leave to serve amended answers, to pay full costs of action to date, with leave to the plaintiff, within 10 days after service of such amended answers, upon compliance with this condition, to discontinue the action, without costs. As so modified, the order is affirmed, with $10 costs and disbursements to the appellant.

DOWNER, Respondent, v. SUSSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Kittie Downer against Matilda Sussman. No opinion. Judgment affirmed, with costs.

DRAZEN, Respondent, v. HUBER, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Morris Drazen against William D. Huber, as president, etc., and another. C. M. Beattie, of New York City, for appellants. A. Moscowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DRUMMOND v. ALFRED E. NORTON CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Jennie Drummond against the Alfred E. Norton Company. No opinion. Motion granted. Order filed. See, also, 141 N. Y. Supp. 29.

DUFF, Appellant, v. QUEENSBRO HEIGHTS LAND CORPORATION, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by T. H. Walter Duff against the Queensbro Heights Land Corporation. No opinion. Order (79 Misc. Rep. 546, 140 N. Y. Supp. 254) modified, by striking therefrom the provision for judgment in favor of defendant (see Ventriniglia v. Eichner, 138 App. Div. 274, 122 N. Y. Supp. 966), and, as modified, affirmed, without costs.

DUFFY, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Jane Duffy against Peter Duffy. I. N. Jacobson of New York City, for appellant. A. Gutman, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

DUGGAN v. STAGGS. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Catherine Duggan against Sylvester E. Staggs. No opinion. Motion denied, without costs. Order filed.

DUNN v. PURSSELL MFG. CO. et al. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Cora H. Dunn against the Purssell Manufacturing Company, in which Charles H. Maurice appeals. No opinion. Judgment affirmed, with costs.

DUPONT, Respondent, v. DELIVERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Sarah Dupont against the Delivery Company.

PER CURIAM. Judgment and order reversed, and a new trial granted, with costs to appellant to abide event. Leld, that the verdict is excessive.

KRUSE, J., dissents, and votes for affirmance. LAMBERT, J., not sitting.

EAGLE SAVINGS & LOAN CO., Respondent, v. COLLINS, appellant, et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by the Eagle Savings & Loan Company against Ada M. Collins and others. No opinion. Judgment and order affirmed, with costs. See, also, 154 App. Div. 946, 139 N. Y. Supp. 1122.

In re EARLEY (two cases). (Supreme Court, Appellate Division, First Department. April 25, 1913.) In the matter of Martin J. Earley and in the matter of Martin J. Earley, Jr. No opinion. Referred to official referee. Settle orders on notice.

In re ECKERT. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) In the matter of Claudine Eckert, an alleged incompetent person. No opinion. Motion for stay granted, without costs, on condition that the appellant stipulate for the appointment of a receiver until the rights of the parties are finally determined.

ECKERT v. PAGE et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by James G. Eckert against Richard C. Page, Jr., and others. No opinion. Motion granted, as stated in opinion per curiam. Settle order on notice.

EDINGER, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Norman Edinger, an infant, etc., against the City of Buffalo. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1117) granted.

EICKHOFF, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Alfred W. Eickhoff against Edmund Elwin Hart. No opinion. Judgment and order unanimously affirmed, with costs.

ELLIS, Respondent, v. NEW YORK & L. I. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Sarah M. Ellis, as

administratrix, etc., of Seele H. Ellis, deceased, against the New York & Long Island Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and THOMAS, J., dissent.

---

ELMHURST FIRE CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by the Elmhurst Fire Company against the City of New York. No opinion. Judgment modified, by striking therefrom so much of the provisions thereof as provide for the cancellation of the tax for the year 1902, and, thus modified, affirmed, without costs.

---

EMPIRE CITY LUMBER CO. v. S. & I. HOLDING CO., et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by the Empire City Lumber Company against the S. & I. Holding Company and others. No opinion. Motion for stay granted, on condition that appellant give a bond to indemnify the respondent against loss, to the extent of $500, in case the judgment appealed from should be affirmed; otherwise, motion denied, without costs.

---

ENGLAND v. BLOCK. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Gwendolyn England against Frank Block. No opinion. Application denied, with $10 costs. Order signed.

---

EPSTEIN, Respondent, v. LEVENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Morris Epstein against Louis Levenson and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

EQUITABLE TRUST CO., Respondent, v. CARPENTER et al. Appellants. (Supreme Court. Appellate Division, First Department. April 18, 1913.) Action by the Equitable Trust Company against Reese Carpenter and another. J. Gerdes, of New York City, for appellants. H. S. Marshall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

ERWIN, Respondent, v. LUTMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Arthur H. Erwin, individually and as trustee, etc., against Harriet L. Lutman, individually and as executrix, etc., and others.

PER CURIAM. Interlocutory judgment reversed, the verdict of the jury set aside, and a new trial granted, upon questions of law and fact, with costs to appellants to abide event. *Held,* that the verdict of the jury and the finding of the trial court that the deed was procured to be executed and delivered by means of fraud and undue influence practiced upon the grantor are contrary to and against the weight of the evidence.

McLENNAN, P. J., not sitting.

---

EVANS et al., Respondents, v. PELTA et al., Appellants. (Supreme Court, Appellate Division, First Department, May 23, 1913.) Action by Berthan Evans and another against Charles J. Pelta and another. H. A. Rosenberg, of New York City, for appellants. N. Friedman, of New York City, for respondents. No opinion. Determination reversed, and complaint dismissed, with costs, on 146 App. Div. 749, 131 N. Y. Supp. 411. Settle order on notice. See, also, 154 App. Div. 941, 139 N. Y. Supp. 1122.

---

FALLERT v. MASSACHUSETTS BONDING & INS. CO., et al. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Appeal from Special Term, New York County. Action by Herman Fallert, as administrator, against the Massachusetts Bonding & Insurance Company and another. From a judgment on an order granting plaintiff's motion for judgment on the pleadings, and from said order, defendant named appeals. Reversed. Horace L. Cheyney, of New York City, for appellant. Milton Mayer, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, with costs, on authority of Miano v. Empire State Surety Co., 153 App. Div. 423, 138 N. Y. Supp. 475.

---

FARLEY, State Excise Com'r, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by William W. Farley as State Commissioner of Excise of the State of New York, against Fred R. Wood and the American Surety Company of New York. No opinion. Judgment and order affirmed, with costs.

---

FARRAND v. WITTNER. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Nelson A. Farrand against Hyman Wittner. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 85.

---

In re FEDERAL UNION SURETY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) In the matter of the Federal Union Surety Company. No opinion. Motion denied. Order filed. See also, 140 N. Y. Supp. 1118.

---

FELDMAN et al., Respondents, v. DICKSTEIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Action by Annie Feldman and others against Alexander Dickstein and others. No opinion. Motion for reargument (of 140 N. Y. Supp. 1118) denied, with $10 costs.